# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 26, 2002

*Before*

**Honorable JOHN L. COFFEY,** *Circuit Judge*

**Honorable FRANK H. EASTERBROOK,** *Circuit Judge*

**Honorable ILANA DIAMOND ROVNER,** *Circuit Judge*

No. 00-3905

| | |
|---|---|
| NORMAN BERMAN, *et al.*, | ] Appeal from the United States |
| | ] District Court for the |
| *Plaintiffs-Appellants*, | ] Northern District of Illinois, |
| | ] Eastern Division |
| *v.* | ] |
| | ] No. 98 C 1850 |
| JACKIE YOUNG, *et al.*, | ] |
| | ] William T. Hart, *Judge* |
| *Defendants-Appellees*. | ] |

O R D E R

On consideration of the petition for rehearing filed by plaintiffs-appellants on June 14, 2002, all of the judges on the panel have voted to deny the petition. Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing be, and the same is, hereby DENIED.

On its own motion, the court hereby AMENDS its opinion of May 31, 2002, as follows: The sentence which begins on the last line of page 13 and carries over to page 14 ("Specifically, the plaintiffs identify . . . a consequence of her cerebral palsy.") is deleted and replaced with the following sentence: "Specifically, the plaintiffs identify Dr. William Morris, Amanda's pediatrician, who opined two weeks after the alleged abuse that her bruises could be consistent with falling down, a consequence of her cerebral palsy."

So ordered.